UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON D. JENKINS,<br><br>                Plaintiff,<br><br>        v.<br><br>KENNY BENZING, et al.,<br><br>                Defendants. | Case No. 3:21-cv-1371-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on a report following a mandatory mediation session. (Doc. 67). Previously, this Court had stayed the proceedings in this suit until the mandatory mediation session was held. (Docs. 62, 63). The mediator submitted a report on February 6, 2025, indicating that the case has not settled. Nearly seven days have passed since that report was filed with no objection or further motions from either party indicating they wish to continue to pursue mediation over litigation. Consequently, the Court hereby **LIFTS THE STAY** on this case, **FINDS AS MOOT** all other pending motions, and shall set this case for a status conference to discuss scheduling in a following order.

**IT IS SO ORDERED.**
**DATED:  February 12, 2025**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**